MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD D. BARTHOLOMY, | ) |
| | ) |
| Plaintiff, | ) No. 2:17-cv-02258-DB |
| | ) |
| v. | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO** |
| | ) **SENTENCE FOUR OF 42 U.S.C.** |
| NANCY A. BERRYHILL, | ) **§ 405(g) AND TO ENTRY OF** |
| Acting Commissioner of | ) **JUDGMENT; ORDER** |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will remand this case to an administrative law judge (ALJ) and direct him or her to hold a new hearing and issue a new decision concerning the time period from February 15, 2014 to March 1, 2016. For this time period, the Appeals Council will instruct the ALJ to reevaluate Plaintiff's symptoms pursuant to Social Security Ruling 16-3p, and reevaluate the medical opinion evidence pursuant to 20 C.F.R. § 404.1527. The Appeals Council will also instruct the ALJ to

obtain medical expert testimony to determine if Plaintiff was disabled at any time prior to March 1, 2016. The ALJ will also obtain vocational expert testimony, if necessary, to determine whether Plaintiff was able to perform work prior to March 1, 2016.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>April 20, 2018</u>　　　　Law Offices of Jared T. Walker, PC

<u>*/s/ Francesco Benavides for Jared T. Walker**</u>
JARED T. WALKER
(* *by email authorization on April 20, 2018*)
Attorney for Plaintiff

Date: <u>April 20, 2018</u>　　　　MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY:　<u>*/s/ Francesco P. Benavides*</u>
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DATED: April 24, 2018　　　　<u>/s/ DEBORAH BARNES</u>
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court shall close this case.

Case No. 2:17-cv-02258-DB　　　　2